NUMBER 13-00-669-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


GAYLAN SEGREST AND DIANNE SEGREST, 

IN THEIR INDIVIDUAL CAPACITIES AND AS 

NEXT FRIENDS OF GABRIEL SEGREST
, Appellants,


v.



SUE WELLER AND ST. THOMAS EPISCOPAL SCHOOL
, Appellees.

___________________________________________________________________


On appeal from the 329th District Court 


of Wharton County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and

Rodriguez

Opinion Per Curiam



 Appellants, GAYLAN SEGREST AND DIANNE SEGREST, IN THEIR
INDIVIDUAL CAPACITIES AND AS NEXT FRIENDS OF GABRIEL
SEGREST, perfected an appeal from a judgment entered by the 329th
District Court of Wharton County, Texas, in cause number 36,216-S. 
After the record was filed, the parties filed a joint motion to reverse and
remand. In the motion, the parties state that they have reached a
compromise settlement agreement in this matter.

 The Court, having examined and fully considered the documents
on file and the parties' joint motion, is of the opinion that the motion
should be granted. The joint motion is granted, and the judgment of
the trial court is hereby REVERSED and the cause is REMANDED to the
trial court in accordance with the parties' settlement agreement. 

 PER CURIAM

Opinion ordered not published.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 28th day of December, 2000.